# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX**
**1100 EAST MAIN STREET, SUITE 501**
**RICHMOND, VIRGINIA 23219-3517**
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**
**CLERK**

**TELEPHONE**
**(804) 916-2700**

October 16, 2019

Felicia Cannon, Clerk
U.S. District Court of Maryland
6500 Cherrywood Lane, Second Floor
Greenbelt, MD 20770-1285

    **Re:** <u>**USA v. Burudi Faison**</u>
          8:19-cr-00027-GJH

Dear Ms. Cannon:

Review of the district court docket discloses that the district court has not yet entered judgment in this case. Under Fed. R. App. P. 4(b)(2), a notice of appeal filed after a decision, sentence, or order is announced but before judgment is entered, is treated as filed on the date of and after entry of judgment.

This court will treat the notice of appeal as filed as of the date the district court enters its judgment and will docket the appeal following entry of judgment. Please notify this court upon entry of the judgment.

                        Yours truly,

                        */s/ Margaret Thomas*

cc:    Douglas Ryan Miller, AFPD
        Elizabeth G. Wright, AUSA
        Lauren M. Elfner, AUSA
        Gary Michael Morgan, Jr., AUSA
        Burudi Faison, Pro se